IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| OSCAR DIAZ PALMA, | : | Case No. 1:25-cv-908 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| TODD M. LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | : : : | |
| | : | |
| Respondents. | : | |

**ORDER**

      This matter is before the Court on the parties' Joint Motion to Transfer Venue (Doc. 10). Though Petitioner was confined at Butler County Jail in Hamilton, Ohio, at the time of filing this action under 28 U.S.C. § 2241, he has since been transferred to the North Lake Processing Center in Baldwin, Michigan. (Motion, Doc. 10, Pg. ID 161-62.) Similarly, Petitioner's immigration court proceedings have been transferred from the Cleveland, Ohio Immigration Court to the Detroit, Michigan Immigration Court. (*Id.* at Pg. ID 162.) Upon the parties' joint request to transfer this matter to the United States District Court for the Western District of Michigan, the Court finds that transfer is appropriate for the convenience of the parties and in the furtherance of the interests of justice. *See* 28 U.S.C. § 1404(a). The Court hereby **ORDERS** that:

      1. The parties' Joint Motion to Transfer Venue (Doc. 10) is **GRANTED**;

      2. By consent and agreement of the parties, as well as due consideration by

this Court, this action is **TRANSFERRED** to the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. § 1404(a); and

3. The Clerk of Court is **DIRECTED** to transfer the complete case file to the Clerk of the United States District Court for the Western District of Michigan.

**IT IS SO ORDERED.**

                                              UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF OHIO

                                        By: */s/ Matthew W. McFarland*
                                              JUDGE MATTHEW W. McFARLAND